# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BRENDA BROWN ELLINGTON § § § § § Plaintiff, § v. § § § § § § NATIONAL AERONAUTICS and § SPACE ADMINISTRATION (NASA), § NATIONAL SHARED SERVICES § CENTER (NSSC), and METLIFE § LIFE INSURANCE CO. and OFFICE § OF FEDERAL EMPLOYEE GROUP § LIFE INSURANCE (OFEGLI), § § Defendants. | Civil Action Number:_____ |

## NOTICE OF REMOVAL

TO: The United States District Court for the Southern District of Texas:

PLEASE TAKE NOTICE THAT, pursuant to Title 28 U.S.C. § 1446(a), Defendant United States of America respectfully files this Notice of Removal and in support thereof shows the following:

1. On February 17, 2016, an action was commenced by plaintiff Brenda Brown Ellington ("Plaintiff") Against "National Aeronautics and Space Administration (NASA), National Shared Services Center (NSSC), Metlife Life Insurance Co. and Office Of Federal Employee Group Life Insurance (OFEGLI)," ("Defendants") in the 61st District Court of Harris County, Texas, Cause No. 2016-01421. The documents filed by plaintiff in State court are attached as Exhibit 1. Defendants have not yet been served.

2. Because Defendants are agencies of the United States, removal is proper under 28 U.S.C. § 1442(a) (1).

3. Written notice of the filing of the Notice of Removal has been served on Plaintiff, and a copy of the Notice of Removal will be filed with the Clerk of the District Court of Harris County, Texas.  A copy of the Notice to State Court of Filing of Notice of Removal, without exhibits, is attached hereto as Exhibit 3.

4. The counsel of record in the state court action is as follows:

Timberly J. Davis & Bryan Terhune

*Attorney for Plaintiff*

**WHEREFORE**, the undersigned respectfully requests that this matter be removed from the 61st District Court of Harris County, Texas to this Honorable Court.

Date: March 3, 2016                                   Respectfully submitted,

                                KENNETH MAGIDSON
                                UNITED STATES ATTORNEY

By:   *s/ Charmaine Aarons Holder*
      Charmaine Aarons Holder
      Assistant United States Attorney
      United States Attorney's Office
      Attorney-in-Charge
      Texas Bar No. 00785100
      United States Attorney's Office
      1000 Louisiana Street., Suite 2300
      Houston, Texas 77002
      Telephone:  (713) 567-9765
      Facsimile:   (713) 718-3303
      Email:

*Counsel for Federal Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2016, a true and correct copy of the foregoing was sent by first-class mail to the plaintiff at the following addresses:

| Parties/Attorney(s): | For: | Served by: |
| --- | --- | --- |
| T.J. Davis Law Firm, PLLC<br>Att: Timberly J. Davis & Bryan Terhune<br>1314 Texas Ave., Suite 712<br>Houston, Texas 77002 | Attorney for Petitioner | via first class mail, postage prepaid and/or email |

By:  *s/ Charmaine Aarons Holder*
 Charmaine Aarons Holder
 Assistant United States Attorney