United States District Court
Southern District of Texas
**ENTERED**
January 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRENDA BROWN ELLINGTON, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | |
| NATIONAL AERONAUTICS and SPACE ADMINISTRATION (NASA), NATIONAL SHARED SERVICES CENTER (NSSC), and METLIFE LIFE INSURANCE CO., | § § § § § § | Civil Action No. 4:16-CV-00567 |
| Defendants. | § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss filed by Defendants National Aeronautics and Space Administration (NASA), National Shared Services and Metropolitan Life Insurance Company.

On January 5, 2017, the Court signed an Order regarding Defendants' Motions to Dismiss Plaintiff's claims with prejudice. (Doc. #40). In the Order, Plaintiff was "ordered to file an amended complaint within fourteen (14) days of the date of this order." Plaintiff has not filed an amended complaint complying with the Order. Accordingly, Defendants' Joint Motion to Dismiss is GRANTED and Plaintiff's claims against Defendants are dismissed with prejudice.

It is so ORDERED.

JAN 2 6 2017
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge

1